# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO RODRIGUEZ, <br> Petitioner, <br> v. <br> STUART SHERMAN, <br> Respondent. | CASE NO. 2:16-CV-1751-SJO (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 8, 2017

S. JAMES OTERO
U.S. DISTRICT JUDGE